IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Johnson, Shatoni N | Case Number:  07 B 06551 |
| | Judge:  Squires, John H |
| Printed: 03/10/09 | Filed:  4/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 28, 2009
Confirmed:  June 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,555.34 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,465.34 |
| Trustee Fee: | | 90.00 |
| Other Funds: | | 0.00 |
| Totals: | 1,555.34 | 1,555.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 1,465.34 |
| 2. | Asset Acceptance | Unsecured | 64.54 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 21.56 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 21.33 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 15.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 537.00 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 63.86 | 0.00 |
| 8. | United Collection Bureau Inc | Unsecured | 15.80 | 0.00 |
| 9. | Nicor Gas | Unsecured | 134.84 | 0.00 |
| 10. | Ford Motor Credit Corporation | Unsecured | 1,348.88 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 55.17 | 0.00 |
| 12. | Comcast Cablevision | Unsecured | 101.06 | 0.00 |
| 13. | LVNV Funding | Unsecured | | No Claim Filed |
| 14. | H&F Law | Unsecured | | No Claim Filed |
| 15. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | HSBC | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 21. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 23. | Loyola University Medical Center | Unsecured | | No Claim Filed |
| 24. | Park Dansan | Unsecured | | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 26. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Shatoni N

Printed: 03/10/09

Case Number: 07 B 06551
Judge: Squires, John H
Filed: 4/12/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 4,863.04 | $ 1,465.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 55.20 |
| 6.5% | 25.20 |
| 6.6% | 9.60 |
| | $ 90.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*